UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLY W. COVEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEWREZ, LLC,<br><br>  Defendant. | Case No. 24-cv-03129-SK<br><br>**ORDER TO SHOW CAUSE** |

At the Case Management Conference held on December 2, 2024, the Court scheduled a further case management conference to be held on February 24, 2025 with updated case management statements due by February 18, 2025. (Dkt. No. 23.) Plaintiffs did not file an updated case management statement and failed to appear for the case management conference on February 24, 2025. Therefore, the Court HEREBY ORDERS Plaintiffs TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file a written response to this Order to Show Cause by no later than **March 10, 2025**. Plaintiffs are admonished that, if she fails to file a response to this Order to Show Cause by **March 10, 2025**, the Court will dismiss this matter for failure to prosecute without further notice.

Plaintiffs should be aware that at the Case Management Conference held today, the Court scheduled a further case management conference to be held on **March 31, 2025** with updated case management statements due by **March 24, 2025**.

The Court ADVISES Plaintiffs that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free

of charge from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants (htttps://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center.  Plaintiffs may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: February 25, 2025



SALLIE KIM
United States Magistrate Judge